**SO ORDERED: November 20, 2023.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03505N (rev 06/2021)

In re:

**William Jay Ferguson**,                                    Case No. **23–02029–JJG–13**
                Debtor.

### ORDER ON MOTION FOR RELIEF FROM DISMISSAL ORDER AND NOTICE OF REAPPOINTMENT OF TRUSTEE

A Motion for Relief from Dismissal Order was filed on November 1, 2023, by Debtor William Jay Ferguson.

**IT IS ORDERED** that the Motion for Relief from Dismissal Order is **GRANTED** and that this case is reinstated.

**NOTICE IS GIVEN** that pursuant to instructions from the U.S. Trustee, the most recently serving trustee in this case is reappointed under the trustee's standing bond. Pursuant to Fed.R.Bankr.P. 2008, the trustee will be deemed to have accepted this office unless the trustee notifies the Court and the U.S. Trustee of rejection of the office within **7 days** from the date of this order.

### ###